**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| Plaintiff, | Case No. 2:12-cv-134 |
| v. | **PATENT CASE** |
| **AMAX INFORMATION TECHNOLOGIES, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss With Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and agreed by Defendant AMAX Information Technologies, Inc. ("AMAX"), the Court is of the opinion that such Motion should be **GRANTED**.

It is therefore **ORDERED** that NovelPoint's claims against Defendant AMAX are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 12th day of July, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE